**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**CRAIG L. HINTON**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG L. HINTON**, | CIV-S-01-1174 MCE JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **CHERYL PLIELER**, Warden, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until April 26, 2005 is granted. On or before April 26, 2005, petitioner shall file his amended petition, together with an application for leave to file said petition.

DATE: April 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/hint1174.ext3