1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: 444-1546
   *e-mail: vshjah@aol.com*
5
   Attorney for Petitioner
6  **CRAIG L. HINTON**

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12  **CRAIG L. HINTON**,                    )        CIV-S-01-1174 MCE JFM P
                                            )
13            Petitioner,                   )        **ORDER**
                                            )
14  v.                                      )
                                            )
15  **CHERYL PLILER**, Warden, et al.,      )
                                            )
16            Respondents.                  )
    _____ )
17

18         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner's

19  application for an enlargement of time until May 4, 2005 is granted.  On or before May 4,

20  2005, petitioner shall file his amended petition, together with an application for leave to

21  file said petition.  No further extensions of time will be granted.

22  DATED:  May 6, 2005.

23

24                                       _____
                                         UNITED STATES MAGISTRATE JUDGE
25

26  /hint1174.ext5

27

28