IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG L. HINTON,

    Petitioner,                   No. CIV S-01-1174 MCE JFM P

    vs.

CHERYL PLILER, Warden, et al.,    <u>ORDER TO SHOW CAUSE</u>

    Respondents.

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's May 9, 2005 order, petitioner's motion for leave to file an amended petition and proposed amended petition were due on or before May 4, 2005. That deadline has passed and petitioner has not filed an amended petition or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order petitioner shall show cause in writing why this matter should not be submitted on the petition presently pending before this court.

DATED: May 31, 2005.

UNITED STATES MAGISTRATE JUDGE

12;hint1174.osc

1