IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG L. HINTON,

    Petitioner,                      No. CIV S-01-1174 MCE JFM P

    vs.

CHERYL PLILER, Warden, et al.,      <u>ORDER TO SHOW CAUSE</u>

    Respondents.

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 31, 2005, counsel for petitioner was ordered to show cause in writing within ten days why this matter should not be submitted on the petition presently pending before this court.  On June 13, 2005, petitioner filed a pro se response to the order to show cause.  On June 16, 2005, counsel for petitioner filed a response to the order to show cause, and on June 20, 2005, counsel for petitioner filed a motion for leave to file an amended petition.  A proposed amended petition was lodged on June 22, 2005.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's pro se letter shall be placed in the court file and disregarded;

        2.  Petitioner's June 16, 2005 response to the order to show cause is deemed timely filed;

        3.  The May 31, 2005 order to show cause is discharged;

4. Within fifteen days from the date of this order respondents shall file and serve a response to petitioner's June 20, 2005 motion to amend;

5. Petitioner's reply, if any, shall be filed and served not later than seven days thereafter; and

6. The Clerk of the Court is directed to serve a copy of this order on petitioner's counsel and on petitioner Craig L. Hinton, # P-04253, Folsom State Prison, P O Box 715071 Represa, CA 95671-5071.

DATED: July 7, 2005.

UNITED STATES MAGISTRATE JUDGE

12
hint1174.disosc