IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG L. HINTON,

    Petitioner,                    No. CIV S-01-1174 MCE JFM P

    vs.

CHERYL PLILER, Warden, et al.,      <u>ORDER</u>

    Respondents.

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 20, 2005, petitioner filed a motion for leave to file a third amended petition. A proposed third amended petition was lodged on June 22, 2005. On July 8, 2005, respondents filed a statement of non-opposition to the motion to amend. Good cause appearing, the motion will be granted and the court will, by this order, set a schedule for briefing the claims raised in the supplemental petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's June 20, 2005 motion for leave to file a third amended petition is granted.

        2. The Clerk of the Court is directed to file the proposed third amended petition nunc pro tunc to June 22, 2005.

/////

1

3. Respondents are granted thirty days from the date of this order to file an answer to the third amended petition.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents may, as appropriate, incorporate by reference any part of their previously filed answer to petitioner's amended petition.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application and not previously submitted in this matter.  Rule 5, Rules Governing Section 2254 Cases.

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: August 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
hint1174.mta