IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG L. HINTON,

    Petitioner,                    No. CIV S-01-1174 MCE JFM P

    vs.

CHERYL PLILER, Warden, et al.,

    Respondents.              ORDER

                            /

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus. Petitioner has filed three documents in propria persona. Specifically, on July 28, 2005 and September 28, 2005, petitioner filed letters, and on August 1, 2005, petitioner filed a notice of change of address.

        In his letters, petitioner complains that his attorney is not responding timely to this court's order. Petitioner is informed that an amended petition has been filed in this action and that all documents filed on his behalf must be prepared and filed by his attorney of record. The court will direct the Clerk of the Court to send a copy of petitioner's letters and notice of change of address to petitioner's attorney of record. The court will take no further action on said documents or the requests contained therein.

        In accordance with the above, IT IS HEREBY ORDERED that:

1

1               1.  The Clerk of the Court is directed to send a copy of the letters filed by
2 petitioner on July 28, 2005 and September 28, 2005 and the notice of change of address filed
3 August 1, 2005 to petitioner's attorney of record; and
4               2.  The court will take no further action on said documents or the requests
5 contained therein.
6 DATED:  October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
hint1174.psl