IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG L. HINTON,

      Petitioner,         No. CIV S-01-1174 MCE JFM P

  vs.

CHERYL PLILER, Warden, et al.,

      Respondents.      ORDER

_____/

      Plaintiff has requested an extension of time to file and serve objections to the findings and recommendations issued on November 30, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's December 10, 2006, motion for an extension of time is granted; and

      2. Plaintiff is granted until January 25, 2007, in which to file and serve objections to the November 30, 2006 findings and recommendations.

DATED: December 13, 2006.

                        /s/ John F. Moulds
                        UNITED STATES MAGISTRATE JUDGE

13/Habeas
Hint1174.eot