IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG L. HINTON, | No. 2:01-cv-1174-MCE-JFM-P |
| Petitioner, | |
| v. | ORDER |
| CHERYL PLILER, Warden, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On November 30, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Following an agreed upon extension of time, Respondent filed objections on December 5, 2006. Petitioner filed objections on January 25, 2007, and Respondent replied on January 26, 2007. All filings were considered by the district judge.

///

///

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orlando v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed November 30, 2006, are ADOPTED; and

2. The petition for habeas corpus is denied.

Dated: February 21, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE