IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG L. HINTON,                           No. CIV S-01-1174 MCE JFM P

    Petitioner,

  vs.

CHERYL PLILER, Warden, et al.,             <u>ORDER</u>

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 21, 2007 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1

1    A certificate of appealability should be granted for any issue that petitioner can
2  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
4  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]
5    Petitioner has made a substantial showing of the denial of a constitutional right in
6  the following issue(s) presented in the instant petition:  whether his constitutional rights were
7  violated:  (1)  by the suppression of exculpatory evidence; and (2) when the trial court directed
8  further deliberations after jurors had declared themselves to be deadlocked.
9    Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
10 issued in the present action.

   Dated:  June 22, 2007

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.